UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERTO CHAVEZ-LOPEZ,<br><br>    Defendant. | NO. CR-08-6041-LRS<br><br>**ORDER DENYING<br>MOTION TO DISMISS** |

A pre-trial hearing was conducted in this matter on January 6, 2009. Alexander C. Ekstrom, Esq., appeared for the Government. James S. Becker, Esq., appeared for Defendant.

For the reasons placed on the record during the hearing, Defendant's Motion To Dismiss Count 2 of the Indictment (Ct. Rec. 45) is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this ___6th___ day of January, 2009.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

**ORDER DENYING MOTION TO DISMISS - 1**